IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BRANDON WAYNE BROWN, )
)
        Petitioner, )
)
v. ) Case No. CIV-13-520-R
)
DEPARTMENT OF CORRECTIONS )
OKLAHOMA STATE )
PENITENTIARY, Warden, )
)
        Respondent. )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 12. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this action is administratively closed to allow Petitioner to exhaust his previously unexhausted claims.

IT IS SO ORDERED this 1st day of August, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE